UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRETT BOLMER,<br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH OLIVEIRA, MALENA SANGUT,<br>DIANE DeKEYSER, VICTOR ESTABA,<br>DONNA PELLERIN, CONN. DEP'T OF MENTAL<br>HEALTH AND ADDICTION SERVS., and<br>DANBURY HOSPITAL<br>    *Defendants.* | No. 06-cv-235 (JBA) |

**ENDORSEMENT ORDER**

As set out on the record of the telephonic conference of July 21, 2008:

1. The plaintiff's motion to amend [Doc. # 161] is GRANTED. The plaintiff will file his fourth amended complaint with the Clerk of Court within seven days of the Court's forthcoming ruling on the defendants' motions for summary judgment;

2. On consent of the plaintiff, defendant Malena Sangut is dismissed from this action; and

3. On consent of the plaintiff, all Fourth Amendment claims against any of the defendants are dismissed.

IT IS SO ORDERED.

/s/
_____
JANET BOND ARTERTON, U.S.D.J.

Dated at New Haven, Connecticut, this 25th day of July, 2008.